IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIE BULLINS                                                                   PETITIONER

V.                                                          NO. 4:19-CV-00003-DMB-DAS

PHIL BRYANT, et al.                                               RESPONDENTS

## ORDER DIRECTING STATE TO RESPOND

Willie Bullins has filed a petition for relief under 28 U.S.C. § 2254. It is **ORDERED**:

1. That no later than January 10, 2020, respondent, through the Attorney General of the State of Mississippi, must file his response to this petition, along with full transcripts of all proceedings in the state courts of Mississippi arising from the petitioner's convictions for murder and aggravated assault in the Circuit Court of Coahoma County, Mississippi (to the extent such transcripts are relevant to the State's response).

2. That within fourteen (14) days of service upon him of a copy of respondent's answer, petitioner may file his reply to the allegations contained in such answer.

3. The Clerk of this Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

This, the 28th day of October, 2019.

                                                                  /s/ David A. Sanders
                                                                  DAVID A. SANDERS
                                                                  UNITED STATES MAGISTRATE JUDGE